**FILED**

11/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0520

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0520

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

ELGIN FABER and COLLEEN FABER,

      Plaintiffs, Appellants
      and Cross-Appellees

   -vs-

KEITH RATY, COLLEEN RATY, et al,

      Defendants, Appellees,
      and Cross-Appellants.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
EXTENSION OF TIME**

Pursuant to the authority granted under M.R.App.P. 26(1), Appellee/Cross-Appellants are given an extension of time until January 3, 2025, to prepare, file, and serve the Combined Answer and Cross-Appeal Brief of Appellees/Cross-Appellants.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 29 2024